478 A.2d 86

State Farm Ins. Co. v. Bouikidis, Appellants.

Argued November 22, 1983. Allen L. Feingold, for appellant; John J. Barr, for appellee.

Before MONTEMURO, WATKINS and CERCONE, JJ.

Order of the lower court affirmed.

478 A.2d 87

State Public School v. Gaf Corp., Appellant.
Petition for Allowance of Appeal
Denied Oct. 16, 1984.

Argued April 12, 1984. William J. Kelly, for appellant; James D. McDonald, Jr., for St. Public School, appellees; John W. Beatty, for Koski, appellee; Andrew J. Conner, for McCreary, appellee; Mario P. Restifo, for Hallgren, appellee; Thomas P. Agresti, for Kewanee, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Order affirmed.